GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

FEB 2 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Christopher Frank Hernandez,

Defendant.

No.   CR-24-00298-PHX-SPL (DMF)

**INDICTMENT**

VIO:   18 U.S.C. § 924(a)(1)(A)
(False Statement During the
Purchase of a Firearm)
Counts 1 – 17

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNTS 1 - 17**

On or about the dates listed below, in the District of Arizona, Defendant CHRISTOPHER FRANK HERNANDEZ knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the

records of each listed business, in that Defendant CHRISTOPHER FRANK HERNANDEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant CHRISTOPHER FRANK HERNANDEZ resided at an address on Las Palmaritas Drive in Peoria, Arizona, whereas in truth and fact, Defendant CHRISTOPHER FRANK HERNANDEZ knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | 3/15/2023 - 3/30/2023 | Hits & Miss's (Peoria, AZ) |
| 2 | 4/1/2023 - 4/15/2023 | Hits & Miss's (Peoria, AZ) |
| 3 | 4/20/2023 - 5/5/2023 | Hits & Miss's (Peoria, AZ) |
| 4 | 5/6/2023 - 5/20/2023 | Hits & Miss's (Peoria, AZ) |
| 5 | 5/27/2023 - 6/14/2023 | Hits & Miss's (Peoria, AZ) |
| 6 | 6/14/2023 - 6/23/2023 | Hits & Miss's (Peoria, AZ) |
| 7 | 7/5/2023 - 7/19/2023 | Hits & Miss's (Peoria, AZ) |
| 8 | 7/20/2023 - 8/2/2023 | Hits & Miss's (Peoria, AZ) |
| 9 | 8/2/2023 - 8/16/2023 | Hits & Miss's (Peoria, AZ) |
| 10 | 8/25/2023 - 9/6/2023 | Hits & Miss's (Peoria, AZ) |
| 11 | 9/7/2023 - 10/4/2023 | Hits & Miss's (Peoria, AZ) |
| 12 | 9/20/2023 -10/18/2023 | Hits & Miss's (Peoria, AZ) |
| 13 | 11/17/2023 - 11/24/2023 | Hits & Miss's (Peoria, AZ) |
| 14 | 12/29/2023 | Hits & Miss's (Peoria, AZ) |
| 15 | 1/12/2024 | Hits & Miss's (Peoria, AZ) |
| 16 | 1/26/2024 | Hits & Miss's (Peoria, AZ) |
| 17 | 1/27/2024 | Hits & Miss's (Peoria, AZ) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1 through 17 of

- 2 -

this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 17 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable.

If any forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  February 20, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
ADDISON SANTOME
Assistant U.S. Attorney

- 3 -